**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

MICHAEL WINCHCOMBE,

Plaintiff,

-against-

DISTRICT ATTORNEY ANTHONY PARISI; A.D.A. JOSEPH GRUNER; EDWARD MCLOUGHLIN, DUTCHESS COUNTY COURT JUSTICE; ATTORNEY MICHAEL POLLOK; A.D.A. KRISTINE WHELAN; KARA GARY; JESSICA SEGAL, DUTCHESS COUNTY COURT JUSTICE,

Defendants.

-------------------------------------------------------------X

26 **CIVIL** 1521 (LLS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2026, Plaintiff's federal claims are dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii), and the Court declines supplemental jurisdiction of any state law claims, 28 U.S.C. § 1367(c)(3).

**Dated:** New York, New York

September 3, 2026

**TAMMI M. HELLWIG**

______________________

**Clerk of Court**

**BY:** K. Mango

______________________

**Deputy Clerk**